People ex rel. Fisher v Maginley-Liddie (2025 NY Slip Op 02863)

People ex rel. Fisher v Maginley-Liddie

2025 NY Slip Op 02863

Decided on May 9, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 9, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
VALERIE BRATHWAITE NELSON
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2025-05155 DECISION, ORDER & JUDGMENT

[*1]The People of the State of New York, ex rel., Alexandra Fisher, on behalf of Amanda Heben, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Twyla Carter, New York, NY (Danielle Welch and Alexandra Fisher pro se of counsel), for petitioner.
Michael E. McMahon, District Attorney, Staten Island, NY (Rhys Johnson of counsel), for respondent.
Writ of habeas corpus in the nature of an application to release Amanda Heben upon her own recognizance or, in the alternative, to set reasonable bail upon Richmond County Indictment No. 70908/2024.

ADJUDGED that the writ is sustained, without costs or disbursements, and Amanda Heben is released upon her on recognizance on condition that Amanda Heben shall (1) be admitted to and remain a participant in the Providence House's Women Justice Program and remain confined to the residence specified by that organization in the letter submitted to the Court dated May 7, 2025, except for visits to her place of worship, her attorney, her doctors, or court, and must travel directly from that residence to her place of worship, her attorney, her doctors, or court, and directly back to that residence; (2) wear an electronic monitoring bracelet, with monitoring services to be provided by a qualified entity pursuant to CPL 510.40(4)(c), and any violations of the conditions set forth herein relating to the electronic monitoring shall be reported by the electronic monitoring service provider to the Office of the District Attorney of Richmond County, and further proceedings pursuant to CPL 510.40(4)(d), if any, shall be conducted in the criminal court in Richmond County; (3) surrender all passports, if any, she may have to the Office of the District Attorney of Richmond County, or, if she does not possess a passport, she shall provide to the Office of the District Attorney of Richmond County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Richmond County, in which she attests that she does not possess a passport, and shall not apply for any new or replacement passports; and (4) provide to the Office of the District Attorney of Richmond County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Richmond County, in which she attests that if she leaves the jurisdiction she agrees to waive the right to oppose extradition from any foreign jurisdiction; and it is further,
ORDERED that upon receipt of a copy of this decision, order and judgement together with proof that Amanda Heben has arranged for electronic monitoring with a qualified entity pursuant to CPL 510.40(4)(c), has surrendered all passports, if any, she may have to the Office of the District Attorney of Richmond County, or, if she does not possess a passport, has provided to the Office of the District Attorney of Richmond County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Richmond County, in which she attests that she does not [*2]possess a passport, and shall not apply for any new or replacement passports, and has provided to the Office of the District Attorney of Richmond County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Richmond County, in which she attests that if she leaves the jurisdiction she agrees to waive the right to oppose extradition from any foreign jurisdiction, the Warden of the facility at which Amanda Heben is incarcerated, or his or her agent, is directed to immediately release Amanda Heben from incarceration.
DUFFY, J.P., BRATHWAITE NELSON, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court